John E. Bragonje
State Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Defendant Granite Gaming Group II, LLC dba Girls of Glitter Gulch*

**UNITED STATES DISTRICT COURT**

**DISTRICT, NEVADA**

| | |
|---|---|
| EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN aka RACHEL KOREN, and TIFFANY TOTH GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE GAMING GROUP II, LLC dba GIRLS OF GLITTER GLUCH,<br><br>Defendant. | Case No.: 2:19-cv-01088-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE IT'S ANSWER TO COMPLAINT (ECF NO. 1)**<br><br>**(First Request)** |

Defendant, Granite Gaming Group II, LLC dba Girls of Glitter Gluch and Plaintiffs Eva Pepaj, Lucy Pinder, Rachel Berstein aka Rachel Koren and Tiffany Toth Gray, by and through their unsigned attorneys hereby stipulate to extend Defendant's deadline to file its answer to the complaint, extending the deadline from July 18, 2019 to and including August 1, 2019.

Based on the above, the parties stipulate to an extension of time for Defendant to file its answer to Plaintiffs' complaint (ECF No. 1) to August 1, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

108719710.1

Dated this 18th day of July, 2019.   Dated this 18th day of July, 2019

ALVERSON TAYLOR & SANDERS   LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ David M. Sexton*
   Kurt R. Bonds
   Nevada Bar No. 6228
   David M. Sexton
   Nevada Bar No. 14951
   Email: canderson@maclaw.com
   Email: bsmith@maclaw.com
   6605 Grand Montecito Pkwy, Ste. 200
   Las Vegas, NV 89149
   Tel: (702) 384-7000

*Attorneys for Plaintiffs*

By:*/s/ John E. Bragonje*
   John E. Bragonje
   State Bar No. 9519
   Email: jbragonje@lrrc.com
   3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, NV 89169-5996
   Tel: 702.949.8200

*Attorneys Defendant*

IT IS SO ORDERED:

**ORDER**

_____
UNTIED STATES MAGISTRATE JUDGE

DATED: July 22, 2019

2

108719710.1