John E. Bragonje
State Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com

*Attorneys for Defendant Granite Gaming Group II, LLC dba Girls of Glitter Gulch*

**UNITED STATES DISTRICT COURT**

**DISTRICT, NEVADA**

| | |
|---|---|
| EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN aka RACHEL KOREN, and TIFFANY TOTH GRAY, <br><br> Plaintiff, <br><br> vs. <br><br> GRANITE GAMING GROUP II, LLC dba GIRLS OF GLITTER GLUCH, <br><br> Defendant. | Case No.: 2:19-cv-01088-JAD-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE IT'S ANSWER TO COMPLAINT (ECF NO. 1)** <br><br> **(Second Request)** |

Defendant, Granite Gaming Group II, LLC dba Girls of Glitter Gluch and Plaintiffs Eva Pepaj, Lucy Pinder, Rachel Berstein aka Rachel Koren and Tiffany Toth Gray, by and through their unsigned attorneys hereby stipulate to extend Defendant's deadline to file its answer to the complaint, extending the deadline from August 1, 2019 to and including August 15, 2019. The parties are engaged in active settlement discussions.

Based on the above, the parties stipulate to an extension of time for Defendant to file its answer to Plaintiffs' complaint (ECF No. 1) to August 15, 2019.

/ / /

/ / /

/ / /

/ / /

Dated this  1st  day of August, 2019.    Dated this  1st  day of August, 2019

ALVERSON TAYLOR & SANDERS              LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ David M. Sexton*
    Kurt R. Bonds
    Nevada Bar No. 6228
    David M. Sexton
    Nevada Bar No. 14951
    Email: canderson@maclaw.com
    Email: bsmith@maclaw.com
    6605 Grand Montecito Pkwy, Ste. 200
    Las Vegas, NV 89149
    Tel: (702) 384-7000

*Attorneys for Plaintiffs*

By:*/s/ John E. Bragonje*
    John E. Bragonje
    State Bar No. 9519
    Email: jbragonje@lrrc.com
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200

*Attorneys Defendant*

IT IS SO ORDERED:

**ORDER**

_____
UNTIED STATES DISTRICT COURT JUDGE

DATED: August 8, 2019 _____

2

108719710.1