John E. Bragonje
State Bar No. 9519
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Defendant Granite Gaming Group II, LLC dba Girls of Glitter Gulch*

**UNITED STATES DISTRICT COURT**

**DISTRICT, NEVADA**

| | |
|---|---|
| EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN aka RACHEL KOREN, and TIFFANY TOTH GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE GAMING GROUP II, LLC dba GIRLS OF GLITTER GLUCH,<br><br>Defendant. | Case No.: 2:19-cv-01088-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE IT'S ANSWER TO COMPLAINT (ECF NO. 1)**<br><br>**(Third Request)** |

Defendant, Granite Gaming Group II, LLC dba Girls of Glitter Gluch and Plaintiffs Eva Pepaj, Lucy Pinder, Rachel Berstein aka Rachel Koren and Tiffany Toth Gray, by and through their unsigned attorneys hereby stipulate to extend Defendant's deadline to file its answer to the complaint, extending the deadline from August 15, 2019 to and including September 9, 2019. The parties are engaged in active settlement discussions.

Based on the above, the parties stipulate to an extension of time for Defendant to file its answer to Plaintiffs' complaint (ECF No. 1) to September 9, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

108992770.1

Dated this 15th day of August, 2019.                    Dated this 15th day of August, 2019

ALVERSON TAYLOR & SANDERS                               LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ David M. Sexton*                               By:*/s/ John E. Bragonje*
    Kurt R. Bonds                                          John E. Bragonje
    Nevada Bar No. 6228                                     State Bar No. 9519
    David M. Sexton                                         Email: jbragonje@lrrc.com
    Nevada Bar No. 14951                                    3993 Howard Hughes Pkwy, Suite 600
    Email: kbonds@alversontaylor.com                        Las Vegas, NV 89169-5996
    Email: dsexton@alversontaylor.com                       Tel: 702.949.8200
    6605 Grand Montecito Pkwy, Ste. 200
    Las Vegas, NV 89149                                 *Attorneys Defendant*
    Tel: (702) 384-7000

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNTIED STATES MAGISTRATE JUDGE

DATED: August 16, 2019

2

108992770.1