**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN a/k/a RACHEL KOREN, and TIFFANY TOTH GRAY<br><br>Plaintiffs,<br><br>vs.<br><br>GRANITE GAMING GROUP II, LLC d/b/a GIRLS OF GLITTER GULCH<br><br>Defendant. | Case No. 2:19-cv-01088-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>[FOURTH REQUEST] |

Plaintiffs, Eva Pepaj, Lucy Pinder, Rachel Bernstein a/k/a Rachel Koren, and Tiffany Toth Gray (collectively "Plaintiffs"), by and through their counsel, Alverson Taylor & Sanders, and Defendant, Granite Gaming Group II, LLC d/b/a Girls of Glitter Gulch ("Defendant"), by and through its counsel, Lewis Roca Rothgerber Christie LLP, hereby stipulate and agree that the deadline for Defendant to respond to Plaintiff's Complaint should be extended to January 10, 2020.

The Parties are currently engaged in ongoing settlement discussions and are actively trying to find a resolution to this matter that all Parties find acceptable. Based on representations of Defendant's counsel, Defendant is a holding company without any assets. The Parties are

1  KB/26282

currently investigating whether there is insurance that may cover the allegations in Plaintiffs' Complaint and what may be necessary for the Parties to do for that insurance to be implicated in this matter.

Because Defendant has represented that it has no assets, the Parties have agreed to this additional extension of the deadline for Defendant to respond to the Complaint to allow the Parties to attempt to reach a solution that works for everyone involved without requiring Defendant's counsel to expend the time and resources responding to the Complaint when that time and those resources could be used instead to work toward resolving this matter and determining whether there is insurance coverage that will allow Plaintiff's to pursue their claims.

The Parties agree that giving Defendant until January 10, 2020 should provide the Parties with adequate time to determine if there is a tenable solution that will be agreeable to Plaintiffs and Defendant. The Parties are aware that this is a fourth request and that the amount of time requested is not insignificant; however, the Parties feel that there is good cause for this extension given the facts of this case and the progress of their negotiations thus far. Additionally, the Parties affirm that this extension is sought in good faith.

**IT IS SO STIPULATED.**

Dated: November 21, 2019

ALVERSON TAYLOR & SANDERS

By: */s/ David M. Sexton*
   Kurt R. Bonds, Esq.
   Nevada Bar No. 6228
   David M. Sexton, Esq.
   Nevada Bar No. 14951
   6605 Grand Montecito Parkway, Suite 200
   Las Vegas, Nevada 89149
   *Attorneys for Plaintiffs*

Dated: November 21, 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ John E. Bragonje*
   John E. Bragonje, Esq.
   Nevada Bar No. 9519
   3993 Howard Hughes Parkway
   Suite 600
   Las Vegas, Nevada 89169-5996
   *Attorneys for Defendant*

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

# **ORDER**

**IT IS SO ORDERED.**

The deadline for Defendant to respond to Plaintiff's Complaint shall be extended and Defendant shall have until January 10, 2020 to file a response to Plaintiff's Complaint.

DATED December 2, 2019


UNITED STATES MAGISTRATE JUDGE

3

KB/26282