**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN a/k/a RACHEL KOREN, and TIFFANY TOTH GRAY<br><br>Plaintiffs,<br><br>vs.<br><br>GRANITE GAMING GROUP II, LLC d/b/a GIRLS OF GLITTER GULCH<br><br>Defendant. | Case No. 2:19-cv-01088-JAD-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE**<br><br><br>ECF No. 22 |

COME NOW Plaintiffs, EVA PEPAJ, LUCY PINDER, RACHEL BERNSTEIN a/k/a RACHEL KOREN, and TIFFANY TOTH GRAY, by and through their attorneys of record, and Defendant, GRANITE GAMING GROUP II, LLC d/b/a GIRLS OF GLITTER GULCH ("Defendant"), by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: September 17, 2021

ALVERSON TAYLOR SANDERS

By: */s/ David M. Sexton*
   Kurt R. Bonds, Esq.
   Nevada Bar No. 6228
   David M. Sexton, Esq.
   Nevada Bar No. 14951
   6605 Grand Montecito Pkwy, Ste 200
   Las Vegas, Nevada 89149
   *Attorneys for Plaintiffs*

Dated: September 17, 2021

LEWIS ROCA ROTHBERGER CHRISTIE LLP

By: */s/ John E. Bragonje*
   John E. Bragonje, Esq.
   Nevada Bar No. 9519
   3993 Howard Hughes Parkway
   Suite 600
   Las Vegas, Nevada 89169
   *Attorneys for Defendant*

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. This civil action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

N:\CLIENTS\26200\26282\pleading\SAO to Dismiss Litigation.docx

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000